| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 172332)<br>Chief, Criminal Division |
| 4 | TIMOTHY J. LUCEY (CSBN 172332)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102<br>Telephone: (415) 436-7152 |
| 7 | Facsimile: (415) 436-7234 |
| 8 | Attorneys for United States of America |

**FILED**

JAN 23 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JL

3 07 70026

| | | |
|---|---|---|
| 13 | IN THE MATTER OF ) | No. |
| 14 | THE CRIMINAL COMPLAINTS, )<br>ARREST WARRANTS, ) | UNITED STATES' APPLICATION TO SEAL<br>CRIMINAL COMPLAINTS, ARREST |
| 15 | AND ATTACHMENTS )<br>IN SUPPORT OF SAME ) | WARRANTS AND ATTACHMENTS TO<br>SAME; [~~PROPOSED~~] ORDER GRANTING |
| 16 | ) | APPLICATION TO SEAL |
| 17 | ) | SAN FRANCISCO VENUE |
| 18 | | UN~~DER SEAL~~ |

20  Now comes the United States of America, by and through its counsel, the United States

21  Attorney for the Northern District of California, and moves this Court for an Order sealing the

22  CRIMINAL COMPLAINT, ARREST WARRANTS AND AFFIDAVITS AND

23  ATTACHMENTS IN SUPPORT OF SAME in the above-captioned and numbered matter until

24  ////

25  ////

26  ////

27  ////

28  ////

SEALING APPLICATION
[CRIMINAL COMPLAINT ]

1  further motion by the government, or otherwise ordered by the Court. The United States makes
2  this application in order to prevent the flight of the defendants and/or destruction of evidence in
3  advance of execution of arrests on the warrants to be issued in connection with the aforesaid
4  Criminal Complaint. The United States requests that the Court order the Clerk of the Court to
5  furnish copies of the application and search warrant to the United States Attorney's Office and to
6  special agents of the Federal Bureau of Investigation, Drug Enforcement Administration,
7  Immigration and Customs Enforcement, Santa Rosa Police Department, and Sonoma County
8  Sheriff's Department.

9  DATED: January 22, 2007                    Respectfully submitted,

10                                             KEVIN V. RYAN
                                               United States Attorney
11

12

13                                             _____
                                               TIMOTHY J. LUCEY
14                                             Assistant United States Attorney

15

16      Good causing appearing therefor, it is hereby ordered that the CRIMINAL
17  COMPLAINT, ARREST WARRANTS, AND AFFIDAVITS AND ATTACHMENTS IN
18  SUPPORT OF SAME for the matter number(s)  3 07 70026  , the United States
19  Application to Seal, this Order and all related papers be filed and maintained under seal until
20  further motion of the government, or further order of this Court. The Clerk of the Court is
21  ordered to furnish copies of the aforesaid documents in this matter to the United States
22  Attorney's Office and to special agents of the Federal Bureau of Investigation, Drug
23  Enforcement Administration, Immigration and Customs Enforcement, Santa Rosa Police
24  Department, and Sonoma County Sheriff's Department.
25  DATED:  1-23 , 2007

26
27                                             _____
                                               JAMES LARSON
28                                             United States Magistrate Judge