1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CSBN 172332)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7152
7  Facsimile: (415) 436-7234

8  Attorneys for the United States of America

9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,   )   No. CR 3 07 70026 JL
                                 )
14 |     Plaintiff,               )
                                 )
15 |     v.                       )   **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
                                 )
16 | JULIO CESAR VEGA,            )
                                 )
17 |     Defendant.               )
                                 )

FILED JAN 31 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WRIT AD PROSEQUENDUM
CR 3 07 70026 JL                        1

1  To the Honorable James Larson, Chief Magistrate Judge for the United States
2  District Court for the Northern District of California:
3  The United States of America respectfully petitions the Court to issue a Writ of
4  Habeas Corpus Ad Prosequendum for the prisoner JULIO CESAR VEGA. The prisoner
5  is required as the defendant in this matter before this Court. His place of custody and
6  jailor are set forth in the following writ.

DATED: January 23, 2007                Respectfully submitted,

                                       KEVIN V. RYAN
                                       United States Attorney

                                       _____
                                       TIMOTHY J. LUCEY
                                       Assistant United States Attorney

IT IS SO ORDERED.

DATED: __1-24__, 2007

                                       _____
                                       HONORABLE JAMES LARSON
                                       United States Magistrate Judge

WRIT AD PROSEQUENDUM
CR 3 07 70026 JL                                      2

|   |   |
|---|---|
| 1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2 | To , United States Marshal for the Northern District of California; any of his authorized |
| 3 | deputies; and the Jailor, Warden or Sheriff of the Sonoma County Main Adult Detention |
| 4 | Facility, Sonoma County, California: |
| 5 | **GREETINGS** |
| 6 | The prisoner JULIO CESAR VEGA is now in custody in the above-referenced |
| 7 | institution. He is required to appear on criminal charges now pending against him in the |
| 8 | United States District Court for the Northern District of California, 450 Golden Gate |
| 9 | Avenue, San Francisco, California 94102. Accordingly, |
| 10 | WE COMMAND that you produce the prisoner in this Court FORTHWITH. You |
| 11 | shall bring him before the Magistrate Judge who is on duty when the prisoner is |
| 12 | produced. You shall produce the prisoner at all times necessary until the termination of |
| 13 | the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the |
| 14 | above-referenced institution, or abide by whatever further order the Court may make |
| 15 | concerning his custody. |
| 16 | WE FURTHER COMMAND that if the prisoner is to be released from custody in |
| 17 | the above-referenced institution, he be IMMEDIATELY delivered to the United States |
| 18 | Marshal or any of his authorized deputies under this writ. |
| 19 | WITNESS the Honorable James Larson, Chief Magistrate Judge of the United |
| 20 | States District Court for the Northern District of California. |
| 21 |   |
| 22 | Dated: |
| 23 | 1/31/07 |

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
**DEPUTY CLERK**

WRIT AD PROSEQUENDUM
CR 3 07 70026 JL                                        3