1  SCOTT N. SCHOOLS (SCBN 9990)
   Interim United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CSBN 172332)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-7152
7    Facsimile: (415) 436-7234
     E-mail: Timothy.Lucey@usdoj.gov
8
   Attorneys for United States of America
9
                UNITED STATES MAGISTRATE COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,      )   No.   CR 3 - 07 - 70026 JL
                                   )
14 |      Plaintiff,                )   [PROPOSED] ORDER EXCLUDING
                                   )   TIME FROM APRIL 12, 2007 TO
15 | v.                             )   MAY 2, 2007 FROM THE SPEEDY
                                   )   TRIAL ACT CALCULATION
16 | JULIO VEGA,                    )   [18 U.S.C. § 3161(h)(8)(A), (B)]
     IRMA VEGA,                    )
17 |                                )
          Defendants.               )
18 |_____

19    With the agreement of the parties, and with the consent of the defendant, the Court enters
20 this order scheduling an arraignment or preliminary hearing date of May 2, 2007, at 9:30 a.m.
21 before the duty magistrate judge, as well as documenting the defendants' waiver of the
22 preliminary hearing date under Federal Rule of Criminal Procedure 5 and the exclusion of time
23 under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 12, 2007 to May 2, 2007. The
24 parties agree, and the Court finds and holds, as follows:
25    1. The defendants are in custody and have pending, active warrants out of Sonoma
26 County.
27    2. The defendants both agree to an exclusion of time under the Speedy Trial Act based
28 upon the need for defense counsel to continue to review discovery in the context of attempting to

1  resolve this matter prior to indictment.

2      3. Counsel for the defendants believe that postponing the preliminary hearing is in his
3  client's best interest, and that it is not prejudicial for the defendant to provide the United States
4  with approximately three additional weeks to indict the case, or otherwise resolve the matter
5  short of indictment, by a May 2, 2007 preliminary hearing date.

6      4. The Court finds that, taking into the account the public interest in the prompt
7  disposition of criminal cases, these grounds are good cause for extending the time limits for a
8  preliminary hearing under Federal Rule of Criminal Procedure

9      5. Given these circumstances, the Court finds that the ends of justice served by
10 excluding the period from April 12, 2007 to May 2, 2007, outweigh the best interest of the public
11 and the defendant in a speedy trial and ensure effective preparation of counsel. Id. §
12 3161(h)(8)(A) and (B).

13     5. Accordingly, and with the consent of each of the defendants, the Court (1) sets a
14 preliminary hearing date of May 2, 2007 before the duty magistrate judge at 9:30 a.m.; and (2)
15 orders that the period from April 12, 2007 to May 2, 2007, be excluded from the time for
16 preliminary hearings under Federal Rule of Criminal Procedure 5 and Speedy Trial Act
17 calculations under 18 U.S.C. § 3161(h)(8)(A)&(B)(iv).

**STIPULATED:**

DATED: 5·2·07

MIRANDA KANE
Attorney for Defendant Irma Vega

DATED: 5/2/2007

MARK GOLDROSEN
Attorney for Defendant ~~Julio~~ Vega

DATED: 5/2/2007

TIMOTHY J. LUCEY
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: 5/2/07

**HONORABLE EDWARD M. CHEN**
**United States Magistrate Judge**

2