```
SCOTT N. SCHOOLS (SCBN 9990)
Interim United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7152
    Facsimile: (415) 436-7234
    E-mail: Timothy.Lucey@usdoj.gov

Attorneys for United States of America
```

**FILED**
MAY 02 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES MAGISTRATE COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JULIO VEGA,<br>IRMA VEGA,<br><br>    Defendants. | No.  CR 3 - 07 - 70026 JL<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION<br>[18 U.S.C. § 3161(h)(8)(A), (B)] |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of _May 30, 2007_, at 9:30 a.m. before the duty magistrate judge, as well as documenting the defendants' waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 2, 2007 to _May 30_, 2007. The parties agree, and the Court finds and holds, as follows:

1. The defendants are in custody and have pending, active warrants out of Sonoma County.

2. The defendants both agree to an exclusion of time under the Speedy Trial Act based *[handwritten: for effective preparation + continuity of counsel] TJL* upon the need for defense counsel to continue to review discovery in the context of attempting to

*[handwritten: according to representation in court]*

1. resolve this matter prior to indictment.

3. Counsel for the defendants believe that postponing the preliminary hearing is in his client's best interest, and that it is not prejudicial for the defendant to provide the United States with additional time to indict the case, or otherwise resolve the matter short of indictment, by a _May 30_, 2007 preliminary hearing date.

4. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure

5. Given these circumstances, the Court finds that the ends of justice served by excluding the period from May 2, 2007 to _May 30_, 2007, outweigh the best interest of the public and the defendant in a speedy trial and ensure effective preparation of counsel. Id. § 3161(h)(8)(A) and (B).

5. Accordingly, and with the consent of each of the defendants, the Court (1) sets a preliminary hearing date of _May 30_, 2007 before the duty magistrate judge at 9:30 a.m.; and (2) orders that the period from May 2, 2007 to _May 30_, 2007, be excluded from the time for preliminary hearings under Federal Rule of Criminal Procedure 5 and Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A)&(B)(iv).

**STIPULATED:**

DATED: 5/2/07

_____
MIRANDA KANE
Attorney for Defendant Irma Vega

DATED: 5/2/07

_____
MARK GOLDROSEN
Attorney for Defendant Julio Vega

DATED: 5/2/07

_____
TIMOTHY J. LUCEY
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: 5/2/07

_____
HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge