## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

### OFFENSE CHARGED

21 U.S.C. Section 846 -- Conspiracy to Possess with Intent to Manufacture and Distribtue Methamphetamine

☐ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**

▶ JULIO VEGA

**DISTRICT COURT NUMBER**
CR 07 0440

**PENALTY:**
Minimum 10 years up to maximum of life imprisonment; $4,000,000 fine; at least 5 years and up to lifetime of supervised release; $100 special assessment

---

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
DEA, FBI, Santa Rosa Police Department

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

**SHOW DOCKET NO.**

**MAGISTRATE CASE NO.**
3-07-70026 JL

**Name and Office of Person Furnishing Information on THIS FORM**
KEVIN V. RYAN
☐ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
TIMOTHY J. LUCEY

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } Fed'l / State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year January 11, 2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year February 1, 2007

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
2  United States Attorney

FILED
07 JUL 12 AM 9: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CRB

| UNITED STATES OF AMERICA, | ) CR No. 07 0440 |
|---|---|
| Plaintiff, | ) VIOLATION: |
| v. | ) Title 21, United States Code, Section 846 – Conspiracy to Possess with Intent to Manufacture and Distribute Methamphetamine |
| JULIO VEGA, | ) |
| | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

INFORMATION

The United States Attorney charges:

Beginning on a date unknown but no later than July 2006, and continuing until on or about January 11, 2007, in the Northern District of California, the defendant

JULIO VEGA

and others, both known and unknown, did knowingly and intentionally conspire to possess with intent to manufacture and distribute a controlled substance, and did aid and abet in the same,

////

////

INFORMATION                              1

1  to wit: 500 grams or more of a mixture or substance containing a detectable amount of
2  methamphetamine, its salts, isomers, or salts of its isomers, all in violation of Title 21, United
3  States Code, Sections 846 and 841(b)(1)(A)(viii).
4
5  Dated: June 13, 2007                                          SCOTT N. SCHOOLS
                                                                 United States Attorney
6
7
8                                                                _____
                                                                 MARK L. KROTOSKI
9                                                                Chief, Criminal Division
10
11 (Approved as to form: _____)
                          AUSA Lucey
12
13
14
...
28

INFORMATION                                         2