| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER** <br> Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **October 3, 2007**

Reporter: **James Yeomans**

| | |
|---|---|
| **Case No:** CR-07-0440-CRB | **DEFT:** JULIO VEGA <br> (X)Present |
| AUSA: Tim Lucey | DEF ATTY: Miranda Kane |

**REASON FOR HEARING** Status Conference

**RESULT** Defense counsel to prepare order regarding the place of confinement for the

safety of the defendant.  Time excluded from 10/03/2007 to 11/21/2007 for preparation of

counsel


Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** November 21, 20070 @ 10:00 a.m.  **for** Change of Plea

**JUDGMENT** _____


Notes:    Defendant remanded to custody