UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JULIO CESAR VEGA,<br><br>                Defendant. | Case No. CR 07-0440-CRB<br><br>**[PROPOSED] ORDER REQUESTING TRANSFER TO FCI DUBLIN** |

On October 3, 2007, the parties in the above referenced matter appeared before this Honorable Court for a status hearing. Assistant United States Attorney Tim Lucey appeared on behalf of the United States and Miranda Kane appeared on behalf of Julio Vega. Counsel jointly requested that Mr. Vega be transferred from Glen Dyer Jail to FCI Dublin based on concerns for his safety. The Court agreed to request that the US Marshal Service transfer Mr. Vega to FCI Dublin as soon as practicable.

GOOD CAUSE BEING SHOWN the US Marshals will transfer Mr. Vega to FCI Dublin to help ensure his safety while these proceedings are pending.

[PROPOSED] ORDER REQUESTING TRANSFER TO FCI DUBLIN                                                      Page 1
[CASE NO: CR 07-0440 CRB]

1
2   IT IS SO ORDERED.
3
    Dated: October ___, 2007        _____
4                                   CHARLES R. BREYER
                                    UNITED STATES DISTRICT COURT
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  [PROPOSED] ORDER REQUESTING TRANSFER TO FCI DUBLIN                    Page 2
    [CASE NO: CR 07-0440 CRB]