| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **THE HONORABLE CHARLES R. BREYER** |
| **NORTHERN DISTRICT OF CALIFORNIA** | Courtroom Clerk: **Frank Justiliano** |

**CRIMINAL MINUTES**

Date:  **December 12, 2007**

Reporter:  Catherine Edwards

**Case No: CR- 07-0440-CRB**     **DEFT:**  Julio Vega
( X )Present   ( )Not Pres   ( )In Custody

AUSA:  Timothy Lucey         DEF ATTY:  Miranda Kane

**REASON FOR HEARING**   Status Conference

**RESULT**   Hearing continued.  The Court advises the parties to request a Spanish interpreter, to go over the plea agreement with the defendant, prior to the hearing and for the continued hearing.

Motions (if any) to be filed no later than _____

Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to**   December 19, 2007 @ 11:00 a.m.   **for**   Change of Plea

**JUDGMENT**

Notes:   Defendant remanded into custody.