MIRANDA KANE   (State Bar No. 150630)
Law Office of Miranda Kane
Post Office Box 170277
San Francisco, CA   94117
(415) 515-1248
(415) 553-8622 (Fax)

Attorney for Defendant
JULIO CESAR VEGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JULIO CESAR VEGA,<br><br>        Defendant. | No.: CR-07-0440-CRB<br><br>**APPLICATION FOR ORDER AUTHORIZING EXPENDITURE OF CJA FUNDS FOR INTERPRETER** |

      The defendant, Julio Cesar Vega, through his counsel, Miranda Kane, files this application for an order authorizing expenditure of CJA funds for a Spanish-speaking interpreter for out-of-court interviews of the defendant by counsel in the above-entitled case.

      I, Miranda Kane, declare as follows:

      1.    I was appointed to represent the defendant in the above-entitled criminal case, pursuant to the Criminal Justice Act (18 U.S.C. sect. 3006(A)).  The defendant is an indigent person unable to afford the necessary expenses of his own defense, and is a native Spanish

speaker. The defendant's English language skills are adequate for me to communicate with him in most respects, however, I believe that a Spanish language interpreter is necessary to ensure that Mr. Vega fully appreciates all the provisions of the Plea Agreement.

2. Based on my experience, I anticipate that $500.00 (15 hours at the standard rate of $65.00/hour) will allow for adequate preparation for Mr. Vega's entry of his plea in this matter.

3. Therefore, I request that the court appoint Carol Rhine-Medina, Certified Spanish Interpreter, 1333 Jones Street #607, San Francisco, CA 94109, tel. (415) 441-8673, as the Spanish interpreter for the defendant. If Ms. Medina is unavailable, I request that the Court's order allow a similarly qualified Spanish interpreter to provide services for Mr. Vega.

4. In the event further funding is required, I will submit a supplemental request. If at any time a supplemental request is made, either for costs or hourly fees, I will provide the court with a full accounting of funds previously expended and a detailed explanation of why further funds are needed.

5. I do not believe the quantity of work in this case will be in excess of the statutory maximum amount of $1000. See 18 U.S.C. sect. 3006A(e)(3).

I declare under penalty of perjury that the foregoing is true and correct, to the best of my personal knowledge and belief.

Executed this 14th day of December, 2007, in the City and County of San Francisco, State and Northern District of California.

MIRANDA KANE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                       )<br>          Plaintiff,                       )<br>                                                       )<br>v.                                                   )<br>                                                       )<br>JULIO CESAR VEGA,                 )<br>                                                       )<br>          Defendant.                    )<br>_____) | No.: CR-07-0440-CRB<br><br>[PROPOSED]<br>**ORDER AUTHORIZING**<br>**EXPENDITURE OF CJA FUNDS**<br>**<u>FOR INTERPRETER</u>** |

   IT IS HEREBY ORDERED that CJA funds not to exceed $500.00, at the rate of $65.00 per hour, may be expended for a Spanish Speaking interpreter, for the above named defendant, as directed by Miranda Kane, attorney for the defendant.


Dated: _____              _____
                                                                  HON. CHARLES R. BREYER
                                                                  United States District Court