# Document, Transcript and Exhibit Locator

Case Number     CR 07-440 CRB

Date Filed     2/13/2008


\_\_\_\_ Exhibit:     Trial/Other

       Shelf Location_____

X     Sealed Document(s) -located in sealed document room


\_\_\_\_ Reporter's Transcript (located in expando folder next to file)

       Date of hearing _____

       Court Reporter_____

\_\_\_\_ Oversized Document (located in expando folder next to file):

       Document Description _____

       _____


Docket Number: 65-66