# DOCUMENT LOCATOR

Case Number: CR 07-440 CRB

Date Filed: 2/13/2008

_____**Exhibit: Trial/Other**

        **Shelf Location**_____

_____**X**\_\_\_\_**Sealed Document**

_____**Reporter's Transcript (located in expando folder next to file)**

    **Date of Hearing**_____

    **Court Reporter**_____

_____**Oversized document (located in expando folder next to file)**

    **Document Description**_____

    _____

    _____

                **Docket Number:**        **66**